STEPHEN DENNISON, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 38868.) — *Per Curiam.*

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*